A. MARISA CHUN (SBN 160351)
mchun@crowell.com
REBECCA M. SUAREZ (SBN 284853)
rsuarez@crowell.com
KIMBERLEY M. JOHNSON (SBN 317757)
kjohnson@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendant
ACCOR HOTELS & RESORTS (MARYLAND) LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MICHELLE BOGOSIAN CHOSE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCOR HOTELS & RESORTS (MARYLAND) LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:19-cv-06174-KAW<br><br>**DEFENDANT ACCOR HOTELS & RESORTS (MARYLAND) LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT**<br><br>[Civil Local Rule 3-15; Fed. R. Civ. Pr. 7.1]<br><br>Judge: Hon. Kandis A. Westmore |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Accor Management US Inc., a Delaware corporation, is the parent company of Defendant

Accor Hotels & Resorts (Maryland) LLC. Accor SA, a publicly traded French corporation, FHI Finance (U.S.) Inc., and Claremont Hotel Properties, LLC also have a financial or other interest in the subject matter in controversy.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Accor Hotels & Resorts (Maryland) LLC hereby states that its parent company is Accor Management US Inc., a Delaware corporation (100%).

Respectfully submitted,

DATED: October 11, 2019

CROWELL & MORING LLP

By: */s/ A. Marisa Chun*

A. Marisa Chun
Rebecca M. Suarez
Kimberley M. Johnson
*Attorneys for Defendant*
ACCOR HOTELS & RESORTS (MARYLAND) LLC