| | |
|---|---|
| SCOTT EDWARD COLE (SBN 160744)<br>scole@scalaw.com<br>LAURA G. VAN NOTE (SBN 310160)<br>lvannote@scalaw.com<br>ANDREW D. WEAVER (SBN 318935)<br>aweaver@sclaw.com<br>SCOTT COLE & ASSOCIATES, APC<br>555 12th Street, Suite 1725<br>Oakland, CA 94607<br>Telephone: 510.891.9800<br>Facsimile: 510.891.7030 | A. MARISA CHUN (SBN 160351)<br>mchun@crowell.com<br>REBECCA M. SUAREZ (SBN 284853)<br>rsuarez@crowell.com<br>KIMBERLEY JOHNSON (SBN 317757)<br>kjohnson@crowell.com<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Telephone: 415.986.2800<br>Facsimile: 415.986.2827 |
| Attorneys for Plaintiff<br>MICHELLE BOGOSIAN CHOSE | Attorneys for Defendant<br>ACCOR HOTELS & RESORTS<br>(MARYLAND) LLC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE BOGOSIAN CHOSE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ACCOR HOTELS & RESORTS (MARYLAND) LLC,<br><br>    Defendant. | Case No. 4:19-cv-06174-HSG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULING ORDER DEADLINES**<br><br>**(Civil L.R. 6-2)**<br><br>Judge:     Hon. Haywood S. Gilliam, Jr. |

WHEREAS, on October 1, 2019, U.S. Magistrate Judge Kandis Westmore issued a "Scheduling Order for Cases Asserting Denial of Right of Access Under Americans with Disabilities Act Title II & III (42 U.S.C. § 1231-89)" (Dkt. No. 7) in the above-captioned matter, setting forth, in relevant part, the following case schedule:

| Date | Event |
| --- | --- |
| 7 days before Joint Site Inspection | Last day for parties to complete initial disclosures, including defendant's disclosure re: construction or alteration history of subject premises |
| 1/13/2020 | Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement |
| 28 days after Joint Site Inspection | Last day for parties to meet and confer in person to discuss settlement |
| 42 days after Joint Site Inspection | Last day for plaintiff to file "Notice of Need for Mediation" |

WHEREAS, since October 1, 2019, this matter has been re-assigned to U.S. District Judge Saundra Brown Armstrong and then to U.S. District Judge Haywood S. Gilliam, Jr.;

WHEREAS, defendant Accor Hotels & Resorts (Maryland) LLC has filed a motion to dismiss and to strike the Second Amended Complaint, including to strike the Second Amended Complaint's class allegations, which is set to be heard on January 23, 2020;

WHEREAS, the parties agree that it would be more efficient for both parties if they are able to exchange Rule 26(a) initial disclosures, conduct a joint site inspection, and to meet and confer regarding settlement, after the pleadings are settled in this matter;

WHEREAS, counsel for the parties will be out of their offices due to the upcoming winter holidays;

THEREFORE, pursuant to Civil Local Rule 6-2, the parties jointly stipulate and respectfully request the Court enter the following proposed Order, which would continue the current deadlines by 60 calendar days to exchange Rule 26(a) initial disclosures, to conduct the joint site inspection, to conduct the meet and confer to discuss settlement, and for plaintiff to file a "Notice of Need for Mediation," if necessary, thereby giving the parties the opportunity to engage in such activities after the pleadings have been settled.

**IT IS SO STIPULATED**.

DATED: December 23, 2019  By: ____*/s/ Scott Edward Cole*____
Scott Edward Cole
*Attorneys for Plaintiff*
MICHELLE BOGOSIAN CHOSE

DATED: December 23, 2019  CROWELL & MORING LLP

By: ____*/s/ A. Marisa Chun*____
A. Marisa Chun
*Attorneys for Defendant*
ACCOR HOTELS & RESORTS (MARYLAND) LLC.

## FILER'S ATTESTATION

I, A. Marisa Chun, am the ECF user whose identification and password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING ORDER DEADLINES.** Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatory concurs in this filing.

____*/s/ A. Marisa Chun*____
A. Marisa Chun

\* \* \* \* \*

## ORDER

Having considered the parties' joint stipulation to continue certain deadlines in the October 1, 2019 Scheduling Order (Dkt. No. 7), the Court finds good cause and ORDERS the following new deadlines:

| Date | Event |
|---|---|
| 3/13/2020 (7 days before Joint Site Inspection) | Last day for parties to complete initial disclosures, including defendant's disclosure re: construction or alteration history of subject premises |
| 3/20/2020 | Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement |
| 28 days after Joint Site Inspection | Last day for parties to meet and confer in person to discuss settlement |
| 42 days after Joint Site Inspection | Last day for plaintiff to file "Notice of Need for Mediation" |

**IT IS SO ORDERED.**

DATED: 12/26/2019

*/s/ Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam Jr.
United States District Judge