Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
Michelle Treviño, Esq. (S.B. #315304)
**SCOTT COLE & ASSOCIATES, APC**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: scole@scalaw.com
Email: lvannote@scalaw.com
Email: mtrevino@scalaw.com
Web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Classes

A. Marisa Chun, Esq. (S.B. #160351)
Rebecca M. Suarez, Esq. (S.B. #284853)
Kimberley Johnson, Esq. (S.B. #317757)
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
Email: mchun@crowell.com
Email: rsuarez@crowell.com
Email: kjohnson@crowell.com

Attorneys for Defendant
ACCOR HOTELS & RESORTS (MARYLAND) LLC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BOGOSIAN CHOSE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACCOR HOTELS & RESORTS (MARYLAND) LLC,<br><br>Defendant. | Case No. 4:19-CV-06174-HSG<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE EXCHANGE OF THE RULE 26(A) INITIAL DISCLOSURE DEADLINE**<br><br>HON. HAYWOOD S. GILLIAM, JR. |

1  WHEREAS, on December 26, 2019, the Court ordered the parties to serve their Rule 26(a)
2  Initial Disclosures by March 13, 2020 (Dkt. No. 37);

3  WHEREAS, on March 10, 2020, a Case Management Conference was held before the
4  Honorable Haywood S. Gilliam, Jr. in the above-captioned matter, in which the parties were
5  ordered to meet and confer about, *inter alia*, the case management schedule in this matter;

6  WHEREAS, counsel for Plaintiff and Defendant believe an extension to the exchange of
7  the Rule 26(a) Initial Disclosures would promote possible informal resolution of the case;

8  WHEREAS, the parties agree that it would be more efficient to exchange their respective
9  Rule 26(a) Initial Disclosures by March 27, 2020; and

10  WHEREAS, the deadline for exchanging Rule 26(a) Initial Disclosures was continued
11  previously once on December 26, 2019, by the above-referenced Court Order (Dkt. No. 37);

12  THEREFORE, pursuant to Civil Local Rule 6-2, the parties stipulate and respectfully
13  request the Court enter the following proposed Order, which would continue the current deadlines
14  set forth in the Court's Order of December 26, 2019 by 14 calendar days, including to exchange
15  Rule 26(a) Initial Disclosures.

**IT IS SO STIPULATED**.

Dated: March 13, 2020        **SCOTT COLE & ASSOCIATES, APC**

By: __/s/ Scott Edward Cole_____
Scott Edward Cole, Esq.
Attorneys for Representative Plaintiff
and the Plaintiff Class

Dated: March 13, 2020        **CROWELL & MORING LLP**

By: __/s/ A. Marisa Chun_____
A. Marisa Chun, Esq.
Attorneys for Defendant
ACCOR HOTELS & RESORTS (MARYLAND) LLC

# ORDER

Having considered the parties' joint stipulation to continue the deadline for the exchange of Rule 26(a) Initial Disclosures to March 27, 2020 and subsequent deadlines set forth in the Court's Order of December 26, 2019, finding good cause, the Court grants the extension.

**IT IS SO ORDERED.**

DATED: 3/17/2020

Honorable Haywood S. Gilliam Jr.

## Local Rule Attestation

In accordance with U.S. District Court for the Northern District of California Civil Local Rule 5-1(i)(3), the filing attorney attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.