| | |
|---|---|
| 1  SCOTT EDWARD COLE (SBN 160744) | A. MARISA CHUN (SBN 160351) |
|    scole@scalaw.com | mchun@crowell.com |
| 2  LAURA G. VAN NOTE (SBN 310160) | REBECCA M. SUAREZ (SBN 284853) |
|    lvannote@scalaw.com | rsuarez@crowell.com |
| 3  MICHELLE TREVINO (SBN 315304) | KIMBERLEY JOHNSON (SBN 317757) |
|    mtrevino@sclaw.com | kjohnson@crowell.com |
| 4  SCOTT COLE & ASSOCIATES, APC | CROWELL & MORING LLP |
|    555 12th Street, Suite 1725 | 3 Embarcadero Center, 26th Floor |
| 5  Oakland, CA 94607 | San Francisco, CA 94111 |
|    Telephone: 510.891.9800 | Telephone: 415.986.2800 |
| 6  Facsimile: 510.891.7030 | Facsimile: 415.986.2827 |

Attorneys for Plaintiff
MICHELLE BOGOSIAN CHOSE

Attorneys for Defendant
ACCOR HOTELS & RESORTS
(MARYLAND) LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE BOGOSIAN CHOSE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCOR HOTELS & RESORTS (MARYLAND) LLC,<br><br>Defendant. | Case No. 4:19-cv-06174-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE STIPULATION AND PROPOSED ORDER SETTING A CASE SCHEDULE**<br><br>**(Civil L.R. 6-2)**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr. |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

SFACTIVE-905558979.5

JOINT STIPULATION TO CONTINUE DEADLINE TO
FILE PROPOSED CASE SCHEDULE;
CASE NO. 4:19-CV-06174-HSG

WHEREAS, on March 10, 2020, the Court held an initial case management conference in the above matter and requested that the Parties meet and confer about Plaintiff's proposed Third Amended Complaint and Defendant's proposed motion to dismiss the proposed Third Amended Complaint (TAC) and then to file a stipulation and proposed order setting a case schedule by March 20, 2020, as reflected in the Court's Minute Entry of March 13, 2020 (Dkt. No. 45);

WHEREAS, the Parties have subsequently met and conferred about the proposed TAC and Defendant's proposed motion to dismiss, as well as the case schedule, and also have begun preliminary discussions to explore a possible mutually-agreeable resolution of the matter;

WHEREAS, the recent unprecedented events surrounding the COVID-19 pandemic and shelter-in-place orders have resulted in significant business disruptions for both Parties, and have caused resulting delays in the Parties' preliminary discussions regarding a possible resolution;

WHEREAS, the Parties wish to continue the March 20, 2020 deadline to file a stipulated case schedule and proposed order, to allow sufficient time for continued discussions about the proposed TAC, motion to dismiss, and possible resolution, as such discussions would impact the case schedule in this matter; and

WHEREAS, there have been no prior time modifications of the deadline to file a stipulated case schedule and proposed order;

THEREFORE, pursuant to Civil Local Rule 6-2, the Parties stipulate and respectfully request that the Court enter the following proposed Order, which would continue the current deadline to file a stipulation and proposed order setting a case schedule to April 10, 2020.

**IT IS SO STIPULATED**.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

JOINT STIPULATION TO CONTINUE DEADLINE TO FILE PROPOSED CASE SCHEDULE;
CASE NO. 4:19-CV-06174-HSG

SFACTIVE-905558979.5

DATED: March 20, 2020 By: _____/s/ Scott Edward Cole_____
Scott Edward Cole
*Attorneys for Plaintiff*
MICHELLE BOGOSIAN CHOSE

DATED: March 20, 2020 CROWELL & MORING LLP

By: _____/s/ A. Marisa Chun_____
A. Marisa Chun
*Attorneys for Defendant*
ACCOR HOTELS & RESORTS (MARYLAND) LLC.

**FILER'S ATTESTATION**

I, A. Marisa Chun, am the ECF user whose identification and password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE STIPULATION AND PROPOSED ORDER SETTING A CASE SCHEDULE.** Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatory concurs in this filing.

_____/s/ A. Marisa Chun_____
A. Marisa Chun

\* \* \* \* \*

**[PROPOSED] ORDER**

Having considered the Parties' joint stipulation to continue the deadline to file a stipulation and proposed order setting a case schedule, the Court finds good cause and ORDERS that the Parties' deadline to e-file said stipulation and proposed order is continued from March 20, 2020 to April 10, 2020.

**IT IS SO ORDERED.**

DATED: _____3/20/2020_____

_____Haywood S. Gilliam Jr._____
Honorable Haywood S. Gilliam Jr.
United States District Judge