1  SCOTT EDWARD COLE (SBN 160744)
   scole@scalaw.com
2  LAURA G. VAN NOTE (SBN 310160)
   lvannote@scalaw.com
3  SCOTT COLE & ASSOCIATES, APC
   555 12th Street, Suite 1725
4  Oakland, CA  94607
   Telephone: 510.891.9800
5  Facsimile:  510.891.7030

6  Attorneys for Plaintiff
   MICHELLE BOGOSIAN CHOSE

A. MARISA CHUN (SBN 160351)
mchun@crowell.com
REBECCA M. SUAREZ (SBN 284853)
rsuarez@crowell.com
KIMBERLEY JOHNSON (SBN 317757)
kjohnson@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendant
ACCOR HOTELS & RESORTS
(MARYLAND) LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE BOGOSIAN CHOSE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCOR HOTELS & RESORTS (MARYLAND) LLC,<br><br>Defendant. | Case No. 4:19-cv-06174-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES**<br><br>**(Civil L.R. 6-2)**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | WHEREAS, on March 10, 2020, a Case Management Conference was held before the |
| 2 | Honorable Haywood S. Gilliam, Jr. in the above-captioned matter, |
| 3 | WHEREAS, on March 20, 2020, the Court granted the Parties' joint request to continue |
| 4 | the deadline to file a proposed stipulation and order setting a case schedule in the above-captioned |
| 5 | matter until April 10, 2020 (Dkt. No. 49); |
| 6 | WHEREAS, on April 2, 2020, Plaintiff filed her Third Amended Complaint (Dkt. No. |
| 7 | 50); |
| 8 | WHEREAS, the Parties have met and conferred about the Third Amended Complaint and the |
| 9 | case schedule, and have continued discussions to explore a possible mutually-agreeable resolution of |
| 10 | the matter; |
| 11 | WHEREAS, as part of these discussions, the Parties have agreed that Defendant's |
| 12 | response to the Third Amended Complaint should be due on or before April 30, 2020 (rather than |
| 13 | April 16, 2020, as would be required pursuant to Fed. R. Civ. P. 15(a)(3)) and that the joint |
| 14 | inspection of premises should take place at the earliest practicable time after the Alameda County |
| 15 | shelter-in-place order is lifted, which is currently set to expire on Sunday, May 3, 2020; |
| 16 | WHEREAS, the events surrounding the COVID-19 pandemic and shelter-in-place orders |
| 17 | have continued to result in significant business disruptions for both Parties, and have caused |
| 18 | resulting delays in the Parties' discussions regarding a possible resolution of this matter; |
| 19 | WHEREAS, the Parties wish to continue the April 10, 2020 deadline to file a stipulated |
| 20 | case schedule and proposed order and to memorialize their agreement to postpone certain |
| 21 | deadlines in this action, to allow sufficient time for continued discussions about a possible |
| 22 | resolution, as such discussions would impact the case schedule in this matter; and |
| 23 | WHEREAS, this Court previously modified the original deadline for the joint inspection |
| 24 | of premises set by U.S. Magistrate Judge Kandis Westmore by Order on December 26, 2019 |
| 25 | (Dkt. No. 37) and on March 17, 2020 (Dkt. No. 47); |
| 26 | THEREFORE, pursuant to Civil Local Rule 6-2, the Parties jointly stipulate and |
| 27 | respectfully request that the Court enter the following proposed Order, which would continue the |
| 28 | following deadlines: |

| Date | Event |
|---|---|
| April 30, 2020 | Last day for Defendant to file a response to Plaintiff's Third Amended Complaint. |
| May 8, 2020 | Last day for the Parties to file a stipulation and proposed order setting a case schedule. |
| May 8, 2020 | Last day for Parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement.*<br><br>*The shelter-in-place order for Alameda County, where the Claremont Hotel is located, is in place until May 3, 2020. The Parties anticipate that further extension(s) of the inspection date may be necessary in the event that Alameda County's shelter-in-place order is extended further. |
| 28 days after Joint Site Inspection | Last day for Parties to meet and confer in person to discuss settlement |
| 42 days after Joint Site Inspection | Last day for plaintiff to file "Notice of Need for Mediation" |

**IT IS SO STIPULATED**.

DATED: April 10, 2020            SCOTT COLE & ASSOCIATES, APC

                                           By:   */s/ Scott Edward Cole*
                                                Scott Edward Cole
                                                *Attorneys for Plaintiff*
                                                MICHELLE BOGOSIAN CHOSE

DATED: April 10, 2020            CROWELL & MORING LLP

                                           By:   */s/ A. Marisa Chun*
                                                A. Marisa Chun
                                                *Attorneys for Defendant*
                                                ACCOR HOTELS & RESORTS (MD.) LLC.

## **FILER'S ATTESTATION**

I, A. Marisa Chun, am the ECF user whose identification and password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES.** Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatory concurs in this filing.

                                                                  */s/ A. Marisa Chun*
                                                                    A. Marisa Chun

# [PROPOSED] ORDER

Having considered the Parties' joint stipulation to continue certain deadlines, the Court finds good cause and ORDERS the following new deadlines:

| Date | Event |
|---|---|
| April 30, 2020 | Last day for Defendant to file a response to Plaintiff's Third Amended Complaint. |
| May 8, 2020 | Last day for the Parties to file a stipulation and proposed order setting a case schedule. |
| May 8, 2020 | Last day for Parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement. |
| 28 days after Joint Site Inspection | Last day for Parties to meet and confer in person to discuss settlement |
| 42 days after Joint Site Inspection | Last day for plaintiff to file "Notice of Need for Mediation" |

**IT IS SO ORDERED.**

DATED: 4/13/2020

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

SFACTIVE-905607087.3