1 | SCOTT EDWARD COLE (SBN 160744)
scole@scalaw.com
2 | LAURA G. VAN NOTE (SBN 310160)
lvannote@scalaw.com
3 | SCOTT COLE & ASSOCIATES, APC
555 12ᵗʰ Street, Suite 1725
4 | Oakland, CA  94607
Telephone: 510.891.9800
5 | Facsimile:  510.891.7030

6 | Attorneys for Plaintiff
MICHELLE BOGOSIAN CHOSE

A. MARISA CHUN (SBN 160351)
mchun@crowell.com
REBECCA M. SUAREZ (SBN 284853)
rsuarez@crowell.com
KIMBERLEY JOHNSON (SBN 317757)
kjohnson@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendant
ACCOR HOTELS & RESORTS
(MARYLAND) LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHELLE BOGOSIAN CHOSE,
individually, and on behalf of all others
similarly situated,

                 Plaintiff,

        v.

ACCOR HOTELS & RESORTS
(MARYLAND) LLC,

                 Defendant.

Case No. 4:19-cv-06174-HSG

**JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE DEADLINES**

**(Civil L.R. 6-2)**

Judge:     Hon. Haywood S. Gilliam, Jr.

1    WHEREAS, on March 10, 2020, a Case Management Conference was held before the

2    Honorable Haywood S. Gilliam, Jr. in the above-captioned matter,

3    WHEREAS, on March 20, 2020, the Court granted the Parties' joint request to continue

4    the deadline to file a proposed stipulation and order setting a case schedule in the above-captioned

5    matter until April 10, 2020 (Dkt. No. 49);

6    WHEREAS, on April 2, 2020, Plaintiff filed her Third Amended Complaint (Dkt. No.

7    50);

8    WHEREAS, the Parties have met and conferred about the Third Amended Complaint and

9    the case schedule,

10   WHEREAS, the Parties have reached agreement on the principal terms of a settlement in

11   this matter and have exchanged a draft settlement agreement;

12   WHEREAS, as part of these discussions, the Parties have agreed that Defendant's

13   response to the Third Amended Complaint should be due on or before May 8, 2020 (rather than

14   April 30, 2020, as would be required pursuant to the Court's Order of April 13, 2020, Dkt. No.

15   52) so that the parties can finalize the draft settlement agreement and that the joint inspection of

16   premises, if necessary, should take place at the earliest practicable time after the Alameda County

17   shelter-in-place order is lifted, which has been extended to the end of May 2020;

18   WHEREAS, the events surrounding the COVID-19 pandemic and shelter-in-place orders

19   have continued to result in significant business disruptions for both Parties, and have caused

20   resulting delays in the Parties' discussions regarding a possible resolution of this matter;

21   WHEREAS, the Parties wish to continue the May 8, 2020 deadline to file a stipulated case

22   schedule and proposed order and to memorialize their agreement to postpone certain deadlines in

23   this action, to allow sufficient time to complete their settlement discussions, as settlement would

24   impact the case schedule in this matter; and

25   WHEREAS, this Court previously modified the original deadline for the joint inspection

26   of premises set by U.S. Magistrate Judge Kandis Westmore by Order on December 26, 2019

27   (Dkt. No. 37), on March 17, 2020 (Dkt. No. 47), and on April 13, 2020 (Dkt. No. 52);

28   THEREFORE, pursuant to Local Rule 6-2, the Parties stipulate and respectfully request

CROWELL
& MORING LLP
ATTORNEYS AT LAW

JOINT STIPULATION TO CONTINUE DEADLINES;
CASE NO. 4:19-CV-06174-HSG

that the Court enter the following proposed Order, which would continue the following deadlines:

| Date | Event |
|---|---|
| May 8, 2020 | Last day for Defendant to file a response to Plaintiff's Third Amended Complaint. |
| May 15, 2020 | Last day for the Parties to file a stipulation and proposed order setting a case schedule. |
| June 5, 2020 | Last day for Parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement.*<br><br>*The shelter-in-place order for Alameda County, where the Claremont Hotel is located, has been extended until May 31, 2020.  The Parties anticipate that further extension(s) of the inspection date may be necessary in the event that Alameda County's shelter-in-place order is extended further. |
| 28 days after Joint Site Inspection | Last day for Parties to meet and confer in person to discuss settlement |
| 42 days after Joint Site Inspection | Last day for plaintiff to file "Notice of Need for Mediation" |

**IT IS SO STIPULATED**.

DATED:  April 29, 2020         SCOTT COLE & ASSOCIATES, APC

By:   */s/ Scott Edward Cole*
_____
Scott Edward Cole
*Attorneys for Plaintiff*
MICHELLE BOGOSIAN CHOSE

DATED:  April 29, 2020         CROWELL & MORING LLP

By:   */s/ A. Marisa Chun*
_____
A. Marisa Chun
*Attorneys for Defendant*
ACCOR HOTELS & RESORTS (MD.) LLC.

## FILER'S ATTESTATION

I, A. Marisa Chun, am the ECF user whose identification and password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES.**  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatory concurs in this filing.

*/s/ A. Marisa Chun*
_____
A. Marisa Chun

1

**[PROPOSED]** ORDER

2          Having considered the Parties' joint stipulation to continue certain deadlines, the Court

3     finds good cause and ORDERS the following new deadlines:

4

| Date | Event |
|------|-------|
| May 8, 2020 | Last day for Defendant to file a response to Plaintiff's Third Amended Complaint. |
| May 15, 2020 | Last day for the Parties to file a stipulation and proposed order setting a case schedule. |
| June 5, 2020 | Last day for Parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement. |
| 28 days after Joint Site Inspection | Last day for Parties to meet and confer in person to discuss settlement |
| 42 days after Joint Site Inspection | Last day for plaintiff to file "Notice of Need for Mediation" |

5

6

7

8

9

10

11

12          **IT IS SO ORDERED.**

13

14     DATED:          4/30/2020

15

16

17     HONORABLE HAYWOOD S. GILLIAM, JR.
       United States District Judge

18

19

20

21

22     SFACTIVE-905607087.3

23

24

25

26

27

28