Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**SCOTT COLE & ASSOCIATES, APC**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:   scole@scalaw.com
Email:   lvannote@scalaw.com
Web:    www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

A. Marisa Chun, Esq. (S.B. #160351)
Rebecca M. Suarez, Esq. (S.B. #284853)
Kimberley Johnson, Esq. (S.B. #317757)
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: (415) 986-2800
Facsimile:  (415) 986-2827
Email:   mchun@crowell.com
Email:   rsuarez@crowell.com
Email:   kjohnson@crowell.com

Attorneys for Defendant
ACCOR HOTELS & RESORTS (MARYLAND) LLC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE BOGOSIAN CHOSE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACCOR HOTELS & RESORTS (MARYLAND) LLC,<br><br>Defendant. | **Case No. 4:19-CV-06174-HSG**<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**HON. HAYWOOD S. GILLIAM, JR.** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**WHEREAS**, the parties have reached a settlement in this matter and have executed a settlement agreement,

**THUS, IT IS HEREBY STIPULATED**, by and between Plaintiff Michelle Bogosian Chose and Defendant Accor Hotels & Resorts (Maryland) LLC, by and through their counsel of record, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' filing of a Joint Notice of Settlement on May 7, 2020, this action be dismissed with prejudice. Each side shall bear its own attorneys' fees and litigation costs in connection with the underlying litigation.

**IT IS SO STIPULATED**.

Dated: May 27, 2020              **SCOTT COLE & ASSOCIATES, APC**

                                 By:  /s/ Scott Edward Cole
                                      Scott Edward Cole, Esq.
                                      Attorneys for Representative Plaintiff
                                      MICHELLE BOGOSIAN CHOSE

Dated: May 27, 2020              **CROWELL & MORING LLP**

                                 By:  /s/ A. Marisa Chun
                                      A. Marisa Chun, Esq.
                                      Attorneys for Defendant
                                      ACCOR HOTELS & RESORTS (MARYLAND) LLC

**Local Rule Attestation**

In accordance with U.S. District Court for the Northern District of California Civil Local Rule 5-1(i)(3), the filing attorney attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL.: (510) 891-9800

**[PROPOSED] ORDER**

Having considered the parties' Joint Stipulation and [Proposed] Order of Voluntary Dismissal with Prejudice, the Court hereby DISMISSES with prejudice the above-referenced case under the terms thereof.

**IT IS SO ORDERED.**

DATED: 5/28/2020

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam Jr.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL.: (510) 891-9800